AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RONALD D. PAYNE,**

        **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**MICHAEL SHEETS, WARDEN,**    CASE NO.  C2-08-883
                                                         JUDGE EDMUND A. SARGUS, JR.
        **Respondent.**       MAGISTRATE JUDGE NORAH MCCANN KING

___   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the OPINION AND ORDER filed September 20, 2010, JUDGMENT is hereby entered DISMISSING this action.**

Date: September 20, 2010                       JAMES BONINI, CLERK

                                                                */S/ Andy F. Quisumbing*
                                                                 (By) Andy F. Quisumbing
                                                                 Courtroom Deputy Clerk